# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 15, 2021

## NO. 03-20-00417-CV

**Paul Jones, Appellant**

**v.**

**Teresa Jones, Appellee**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the Military Retirement Pension Division Order signed by the trial court on July 28, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.